THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDDIE CARROLL, Appellant.

Submitted March 6, 1944; decided March 10, 1944.

*Frank S. Hogan, District Attorney (Alan J. Elliott* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.